**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DONALD WAYMAN,                              )<br>            Plaintiff,                              )<br>                                                        )<br>vs.                                                    )<br>                                                        )<br>ACCOR NORTH AMERICA, INC., d/b/a )<br>MOTEL 6,                                           )<br>            Defendant.                             )<br>_____)  | Case No. 06-4103-JAR |

## MOTION TO AMEND

COMES NOW the Plaintiff, by and through Matthew L. Bretz of Bretz Law Offices, and submits Plaintiff's Motion to Amend so that Plaintiff may add a necessary party to this suit. In support of said Motion, a Memorandum of Points and Authorities is filed contemporaneously herewith along with Plaintiff's proposed First Amended Complaint.

                                                        Respectfully submitted,

                                                        By: s/ Matthew L. Bretz
                                                        Matthew L. Bretz, #15466
                                                        1227 N Main Street
                                                        P.O. Box 1782
                                                        Hutchinson, KS 67504-1782
                                                        (620) 662-3435
                                                        (620) 662-3445 (fax)
                                                        mbretz@bretzpilaw.com
                                                        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 4, 2006, a true and correct copy of the foregoing was electronically served on the following:

> Curtis L. Tideman
> David Frye
> LATHROP & GAGE
> 10851 Mastin Blvd.
> Building 82, Suite 1000
> Overland Park, KS 66210-1669

and the original was electronically filed with the Clerk of the United States District Court.

      s/ Matthew L. Bretz
      Matthew L. Bretz, #15466

-1-